■    127 BRUCKNER BOULEVARD CORP., Respondent, v ABRAHAM D. BEAME et al., Defendants, and AROL DEVELOPMENT CORPORATION et al., Appellants. —Order, Supreme Court, New York County, entered on June 15, 1976, unanimously affirmed on opinion of Kirschenbaum, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Nunez, JJ.

■    BENEDETTO M. MILITANA, Appellant, v MICHAEL J. CODD, as Police Commissioner of the New York City Police Department and as Chairman of the Board of Trustees of the Police Pension Fund, et al., Respondents.— Judgment, Supreme Court, New York County, entered on December 10, 1974, unanimously affirmed for the reasons stated by Spector, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Nunez, JJ.

■    In the Matter of MERVIN GREEN, Appellant, v JAMES DUMPSON, as Human Resources Administrator and Commissioner of Social Services of City of New York, Respondent.—Judgment, Supreme Court, New York County, entered on July 26, 1974, unanimously affirmed on the opinion of Spiegel, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Nunez, JJ.

■    McKINLEY SCOTT et al., Appellants, v AFTA-REST, INC., Respondent.— Order, Supreme Court, Bronx County, entered on November 10, 1975, unanimously affirmed for the reasons stated by Spector, J., at Trial Term, without costs and without disbursements. Concur—Markewich, J. P., Kupferman, Silverman, Capozzoli and Lane, JJ.

■    In the Matter of MICHAEL A. COLLETTI, Appellant, v MICHAEL J. CODD, as Police Commissioner of New York City Police Department, et al., Respondents.—Judgment, Supreme Court, New York County, entered on October 10, 1974, unanimously affirmed for the reasons stated by Spiegel, J., at Special Term, without costs and without disbursements. Concur—Markewich, J. P., Kupferman, Silverman, Capozzoli and Lane, JJ.

■    STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant, v SALVATORE BRUGELLIS et al., Respondents.—Order, Supreme Court, New York County, entered on May 12, 1976, unanimously affirmed for the reasons given at Special Term. (See, also, *Matter of Nassau Ins. Co. v McMorris,* 53 AD2d 694.) Respondents shall recover of appellant $40 costs and disbursements of this appeal. Concur—Markewich, J. P., Birns, Capozzoli, Nunez and Yesawich, JJ.

■    MACMILLAN FILMS, Inc., Respondent, v EPOCH PRODUCING CORPORATION, Appellant.—Order and judgment, Supreme Court, New York County, entered on July 1 and October 21, 1976, respectively, unanimously affirmed for the reasons stated by Asch, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of these appeals. Concur—Stevens, P. J., Markewich, Birns and Silverman, JJ.